HANLEY, HOYE & CO.

*vs.*

THOMAS GRIMES, Administrator.

Jury Trial Waived,
No. 99.

INSOLVENT ESTATES OF DECEDENTS : ACTION AGAINST EXECU-
TOR OR ADMINISTRATOR.

RESCRIPT.

*Filed February 18, 1896.*

The plaintiffs, having failed to prove their claim before the
commissioners in insolvency, are precluded from maintain-
ing an action against the defendant as administrator, unless
there is a surplus of estate remaining in his hands after pay-
ment of the claims allowed by the commissioners or added
to their report in accordance with Pub. Stat. R. I. cap. 186,
§§ 14, 16. *Gardner* v. *Gardner*, 17 R. I. 751, 755 ; Pub.
Stat. R. I. cap. 186, § 19. The defendant has not rendered
an account of his administration to the Municipal Court.
Till such an account has been rendered and settled, it cannot
be known whether or not he has a surplus in his hands. It
is the opinion of the court, therefore, that the suit must be
continued to await the settlement of the defendant's account
as administrator.

*Gorman & Egan*, for plaintiffs.
*Wilson & Jenckes*, for defendant.